BRIAN A. DUUS, ESQ. (SBN 263403)
CLARIZA C. GARCIA, ESQ. (SBN 189918)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Emails: bduus@leonealberts.com
          cgarcia@leonealberts.com

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET BAILEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>          Defendants. | Case No.: 3:24-CV-00188-AGT<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE ADR** \: ORDER<br><br>Complaint Filed: January 10, 2024<br>Trial Date:  TBD |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff BRET BAILEY ("Plaintiff") and Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT (the "District") (collectively, the "Parties"), as follows:

The parties met with Magistrate Judge Lisa J. Cisneros for a Pre-Settlement Conference to discuss dates for a settlement conference on November 14, 2024. The parties are unavailable for a settlement conference in December 2025, and they seek to engage in limited discovery for purposes of preparing their case for the upcoming settlement conference. At the moment, the deadline for ADR in this case is January 5, 2025.

The Court is available to conduct a settlement conference date on January 17 and 31, 2025, and the parties are seeking an extension of time for the ADR deadline until February 5, 2025 to be able to conduct the settlement conference.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for the District hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

IT IS SO STIPULATED.

Dated: November 22, 2024          **EISENBERG & BAUM, LLP**

                                  */s/ Andrew Rozynski*
                                  Attorney for Plaintiff
                                  BRET BAILEY

Dated:  November 22, 2024          **LEONE ALBERTS & DUUS, APC**

                                  s/ *Clariza C. Garcia*
                                  CLARIZA C. GARCIA
                                  Attorney for Defendants
                                  MOUNT DIABLO UNIFIED SCHOOL DISTRICT

Date: November 25, 2024



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR EXTENSION TO FOR ADR          Case No.: 3:24-CV-00188-AGT