BRIAN A. DUUS, ESQ. (SBN 263403)
CLARIZA C. GARCIA, ESQ. (SBN 189918)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Emails: bduus@leonealberts.com
cgarcia@leonealberts.com

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET BAILEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendants. | Case No.: 3:24-CV-00188-AGT<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE ADR**: ORDER<br><br>Complaint Filed: January 10, 2024<br>Trial Date:  TBD |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff BRET BAILEY ("Plaintiff") and Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT (the "District") (collectively, the "Parties"), as follows:

The parties met with Magistrate Judge Lisa J. Cisneros for a Pre-Settlement Conference to discuss dates for a settlement conference on November 14, 2024. In December and January, the parties were unable to obtain a Court certified American Sign Language interpreter for Plaintiff's deposition to conduct Plaintiff's deposition, and for a Settlement Conference.

The Court, the parties, and American Sign Language interpreters are available to conduct a settlement conference date on March 27, 2025, therefore the parties are

seeking an extension of time for the ADR deadline until April 1, 2025 to be able to conduct the settlement conference.

    Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for the District hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

IT IS SO STIPULATED.

Dated: January 28, 2025    **EISENBERG & BAUM, LLP**

    */s/ Andrew Rozynski*
    Attorney for Plaintiff
    BRET BAILEY

Dated:  January 28, 2025    **LEONE ALBERTS & DUUS, APC**

    s/ *Clariza C. Garcia*
    CLARIZA C. GARCIA
    Attorney for Defendants
    MOUNT DIABLO UNIFIED SCHOOL DISTRICT

Date: February 25, 2025



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA