Andrew Rozynski (admitted pro hac vice)
EISENBERG & BAUM, LLP
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com

Attorneys for Plaintiff
BRET BAILEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET BAILEY,<br><br>         Plaintiff,<br><br>    vs.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>         Defendant. | **Case No.: 3:24-CV-00188-CRB**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: January 10, 2024<br>Trial Date:  TBD |

**TO THIS HONORABLE COURT AND DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT AND ITS ATTORNEYS OF RECORD:**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff BRET BAILEY and Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT hereby stipulate and agree that all claims asserted by Plaintiff against Defendant are DISMISSED WITH PREJUDICE with each party to bear its own fees and costs, and that the entire action is to be dismissed with prejudice.

STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~]    Case No.: 3:24-CV-00188-CRB
ORDER

Dated: July 13, 2026

SO STIPULATED:

_____
Andrew Rozynski, Esq.

**EISENBERG & BAUM, LLP**

24 Union Square East, PH

New York, NY 10003

Tel: (212) 353-8700

Fax: (917) 592-287

*Attorneys for Plaintiff Bret Bailey*

/s/ Brian A. Duus
BRIAN A. DUUS, ESQ.
**LEONE ALBERTS & DUUS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Emails:bduus@leonealberts.com

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED]    Case No.: 3:24-CV-00188-CRB
ORDER

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED]    Case No.: 3:24-CV-00188-CRB
ORDER

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims asserted by Plaintiff Bret Bailey against Defendant Mount Diablo Unified School District in the above-captioned action are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. The entire action is hereby dismissed with prejudice. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: _____July 14, 2026_____    _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~]    Case No.: 3:24-CV-00188-CRB
ORDER